IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30245
Conference Calendar
_____


LIONELL J. DAVIS,

                                        Plaintiff-Appellant,

versus

RICHARD L. STALDER, Warden; C. MARTIN LENSING, Warden;
R. NORTH; L. THOMPSON; J. ST. ROMAIN; R. WEBRE;
UNKNOWN MARCHAND; UNKNOWN JOHNSON,

                                        Defendants-Appellees.



- - - - - - - - - -
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 95-CV-1819A-2
- - - - - - - - - -
June 25, 1996
Before HIGGINBOTHAM, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

     Lionell J. Davis (#118554) appeals the district court's sua

sponte order granting summary judgment for the defendants.  Davis

contends that his pleadings raise a valid excessive-force claim.

For reasons expressed by the district court, we hold that this

appeal is without arguable merit and is frivolous.  See Hudson v.

McMillian, 503 U.S. 1, 6-7 (1992).  Because it is frivolous, the

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

appeal is DISMISSED.  Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983); 5th Cir. R. 42.2.  Davis is warned that any future frivolous filing will invite the imposition of sanctions.  To avoid sanctions, Davis should review any pending appeals to ensure that they do not raise arguments that are frivolous.

APPEAL DISMISSED; SANCTION WARNING ISSUED.